

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-14-00620-CV

Rosa Obregon **PEREZ**, Ricardo O. Perez, individually and as next friend of Rosa Elia Perez, Maria Perez Jalomus, Juan Jose Perez, Julio Perez, Jr., and Fernando Perez, Appellants

v.

**THE GOODYEAR TIRE & RUBBER COMPANY**, Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 26130
Robert Cadena, Judge Presiding

# O R D E R

On October 23, 2015, the appellee filed a motion for en banc reconsideration. The Court requests that the appellants file a response on or before November 23, 2015. *See* TEX. R. APP. P. 49.2.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court